**Mildred GRAHAM, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28377.

Court of Criminal Appeals of Texas.

June 6, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Possession of illicit liquor in a container to which no tax stamp was affixed is the offense; the punishment, a fine of $100.

The record before us contains no statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed.